IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FRANK R. OWENS** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:17-cv-37-NBB-JMV**

**LISA OWENS** **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the record of this action, the court finds that the Report and Recommendation [5] of the United States Magistrate Judge dated April 4, 2017, was on that date duly mailed to *pro se* plaintiff via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated April 4, 2017, is hereby approved and adopted as the opinion of the court.

2. That this case be **DISMISSED** for lack of subject matter jurisdiction and failure to state a claim under Fed. R. Civ. Pro. 12(b)(6).

3. That this case is hereby **CLOSED.**

THIS, the 20 day of April, 2017.

NEAL B. BIGGERS, JR.
U. S. DISTRICT JUDGE